| | | | |
|---|---|---|---|
| Com. v. Hathaway ................... | 1233 WDA 2016<br>Affirmed | 02/16/2017 | CP–20–CR–0000501–2003<br>(Crawford) |
| Dolan v. Hurd Millwork Company, Inc. | 2951 EDA 2015<br>Vacated and<br>Remanded | 02/17/2017 | No. 2005–005801<br>(Delaware) |
| Com. v. Gooden...................... | 435 EDA 2016<br>Affirmed | 02/17/2017 | CP–51–CR–0005197–2014<br>(Philadelphia) |
| Com. v. Strassburg ................... | 587 EDA 2016<br>Affirmed | 02/17/2017 | CP–09–CR–0000929–2015<br>(Bucks) |
| Com. v. Kemp ...................... | 873 EDA 2016<br>Vacated and<br>Remanded | 02/17/2017 | CP–51–CR–0013505–2014<br>(Philadelphia) |
| Com. v. Scarlett...................... | 2182 EDA 2016<br>Affirmed | 02/17/2017 | CP–46–CR–0000339–2012<br>(Montgomery) |
| RX Billing Services, Inc. v. Fazio ....... | 1778 MDA 2015<br>Reversed and<br>Remanded | 02/17/2017 | 15 CV 3669<br>(Lackawanna) |
| Com. v. Hatfield [15] ................... | 1953 MDA 2015<br>Affirmed | 02/17/2017 | CP–28–CR–0000214–2014<br>(Franklin) |
| R.S. v. R.W. ........................ | 2076 MDA 2015<br>Affirmed | 02/17/2017 | 03 FC 000411<br>(Bradford) |
| In re Tarselli ........................ | 930 MDA 2016<br>Affirmed | 02/17/2017 | 4990<br>(Luzerne) |
| Com. v. Breznay ..................... | 1111 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/17/2017 | CP–40–CR–0003780–2015<br>(Luzerne) |
| Com. v. Crespo ..................... | 1340 MDA 2016<br>Affirmed | 02/17/2017 | CP–38–CR–0001677–2015<br>(Lebanon) |
| Com. v. Cook ....................... | 5 WDA 2016<br>Affirmed | 02/17/2017 | CP–11–CR–0002010–2014<br>(Cambria) |
| Com. v. Watson ..................... | 9 WDA 2016<br>Affirmed | 02/17/2017 | CP–11–CR–0002009–2014<br>(Cambria) |
| Com. v. D.R.L........................ | 399 WDA 2016<br>Affirmed | 02/17/2017 | CP–25–CR–0002775–2014<br>(Erie) |
| Com. v. Williams..................... | 488 WDA 2016<br>Affirmed | 02/17/2017 | CP–11–CR–0001860–2010<br>(Cambria) |

---

15. Petition for reargument denied April 5, 2017.